THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN
U. TROY, Appellant, against MARK GRAVES et al.,
Constituting the State Tax Commission of the State
of New York, Respondents.

Argued September 30, 1937; decided October 19, 1937.

*Clarence W. Nutt* and *Rolland L. Nutt* for appellant.
*John J. Bennett, Jr.,* Attorney-General (*Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J.; LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.